191 So. 925

**EXCHANGE DISTRIBUTING CO. v. Will MEREDITH.**

**6 Div. 553.**

Supreme Court of Alabama.

Oct. 3, 1939.

Smith, Windham, Jackson & Rives, of Birmingham, for appellant.

Clifford Emond, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

192 So. 907

**L. C., alias Dunk, FREEMAN v. STATE.**

**6 Div. 494.**

Supreme Court of Alabama.

Dec. 1, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 907

**Ex parte F. M. GAINES.**

**4 Div. 122.**

Supreme Court of Alabama.

Dec. 1, 1939.

PER CURIAM.

Rule nisi denied.

192 So. 908

**A. B. HALE v. JEFFERSON COUNTY.**

**6 Div. 505.**

Supreme Court of Alabama.

Nov. 28, 1939.

PER CURIAM.

Appeal dismissed on motion of appellant.

191 So. 925

**M. JOHNSON et al. v. J. T. GREER, as Trustee, et al.**

**6 Div. 547.**

Supreme Court of Alabama.

Nov. 8, 1939.

Foster, Rice & Foster, of Tuscaloosa, for appellants.

McQueen & McQueen, of Tuscaloosa, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

192 So. 908

**T. T. LESSLEY v. J. A. BEAIRD.**

**5 Div. 291.**

Supreme Court of Alabama.

Nov. 23, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.